UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIXTO CRUZ MURILLO,

    Plaintiff,

    v.

PATRICK COVELLO, et al.,

    Defendants.

Case No. 24-cv-01787-RMI

**ORDER OF TRANSFER**

Re: Dkt. No. 2

This is a civil rights case brought *pro se* by a state prisoner. Plaintiff presents allegations pertaining to events that occurred at Mule Creek State Prison. That facility is located in the Eastern District of California. The acts underlying this civil rights complaint occurred in the Eastern District; also, the named Defendants are located in the Eastern District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). All pending motions are **DENIED** as moot.

    **IT IS SO ORDERED.**

Dated: May 7, 2024

ROBERT M. ILLMAN
United States Magistrate Judge