UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIXTO CRUZ MURILLO, | No. 2:24-cv-01593-DC-AC (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| PATRICK COVELLO, et al., | |
| Defendants. | (Doc. No. 12) |

Plaintiff Cixto Cruz Murillo is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 19, 2024, the assigned magistrate judge screened Plaintiff's complaint and found that Plaintiff had failed to state any cognizable claims. (Doc. No. 12 at 3.) Specifically, because state prisoners cannot attack the validity of their confinement in a § 1983 action, Plaintiff's "claim that prison administration is refusing to release him on parole fails to state a claim." (*Id.*) Consequently, also on November 19, 2024, the magistrate judge issued findings and recommendations recommending that this action be dismissed, without leave to amend, due to Plaintiff's failure to state a cognizable claim upon which relief may be granted. (*Id.* at 3–4.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id.* at 4.)

To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on November 19, 2024 (Doc. No. 12) are adopted in full;
2. This action is dismissed due to Plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 30, 2024**

Dena Coggins
United States District Judge